# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARION FELPS

VERSUS

LANDMARK EVENT STAFFING
SERVICES, INC., REDWOOD FIRE
AND CASUALTY INSURANCE
COMPANY AND JOHN H. WILLIAMS

NO.   2023 CW 1187

**DECEMBER 1, 2023**

---

In Re:   Marion Felps, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 664161.

---

BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.

**WRIT GRANTED.**   Pursuant to the motion for expedited trial
date under La. Code Civ. P. art. 1573 filed by plaintiff, Marion
Felps, the trial court is ordered to schedule a first setting of
this trial at the earliest possible date and in no event later
than May 1, 2024.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT